**Order entered July 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00816-CV

### IN RE ROBERT GARZA, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-50355-2013**

## ORDER

Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

                                /s/      ROBERT M. FILLMORE
                                         JUSTICE